IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO AGUAYO, et. al,<br><br>        Plaintiffs,<br>  vs.<br><br>OLDENKAMP TRUCKING,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-04-6279 AWI LJO<br><br>ORDER TO SET STATUS CONFERENCE<br><br>Date:  March 31, 2006<br>Time:  8:15 a.m.<br>Dept.:  8 (LJO) |

This Court conducted a March 27, 2006 status conference in this class action arising out of defendant's alleged failure to pay overtime compensation to plaintiffs and other similarly situated truck drivers. Plaintiffs appeared by telephone by counsel Jerry Budin, Law Office of Jerry Budin. Defendant appeared by telephone by counsel Geoffrey David DeBoskey, Sheppard, Mullin, Richter & Hampton LLP. At the status conference, the parties' counsel explained that they have explored settlement but have not reached resolution on all issues. At the suggestion of the parties' counsel, this Court SETS a further status conference for March 31, 2006 at 8:15 a.m. If settlement is reached, the parties' counsel shall be prepared to discuss preliminary approval of settlement. If settlement is not reached, the parties' counsel shall be prepared to discuss this Court's ruling on class certification. The parties' counsel are encouraged to appear at the status conference by arranging a one-line conference call and telephoning the Court at (559) 499-5680.

    IT IS SO ORDERED.

**Dated:   March 27, 2006**                              /s/ Lawrence J. O'Neill

1

66h44d                                    UNITED STATES MAGISTRATE JUDGE

2