# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO AGUAYO, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> OLDENKAMP TRUCKING, ) <br> ) <br> Defendant. ) <br> _____) | CV-F-04-6279 AWI LJO <br><br> **ORDER REGARDING MOTION FOR CLASS CERTIFICATION** <br><br> (Document #18) |

On August 5, 2006, Plaintiffs filed a motion to certify two classes in this action. Defendant opposed this motion. On October 3, 2005, Magistrate Judge Lawrence J. O'Neill entered Findings and Recommendations that recommended the court grant the motion to certify and that the court certify a collective action under the FLSA and certify a class action under the UCL. Defendant filed objections to the Findings and Recommendations. Before the undersigned took any action on the Findings and Recommendations, on November 22, 2005, the parties filed a letter in which they asked the undersigned to delay ruling on the Findings and Recommendations and Defendant's objections. The parties indicated that the parties were in active settlement. Over the next several months, the parties continued to inform the court that they were in settlement negotiations. On March 31, 2006, Judge O'Neill held a status conference with the parties. At the status conference, the parties informed Judge O'Neill that they had settled this action.

1    An administrative review of the docket in this action reveals that Plaintiffs' August 5, 2006 motion for class certification has been administratively termed as an outstanding motion.   Pursuant to the Civil Justice Reform Act, this court is not to delay ruling on a pending motion for more than six months.   Because the motion for class certification has been pending for over six months, the parties have asked the court delay adopting the Findings and Recommendations regarding this motion, and the parties have informed the court that they have reached a settlement, the court finds that in the interests of efficient case management, Plaintiffs' motion should be denied without prejudice.   If final agreement on settlement cannot be reached, Plaintiffs may re-notice the motion and ask the court to consider any briefs and evidence already filed.

The court ORDERS that Plaintiff's motion for class certification is DENIED without prejudice.


IT IS SO ORDERED.

**Dated:   March 31, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE