# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO AGUAYO, et. al, | CASE NO. CV-F-04-6279 AWI LJO |
| Plaintiffs, | **ORDER TO SET HEARING ON PRELIMINARY SETTLEMENT APPROVAL** |
| vs. | |
| OLDENKAMP TRUCKING, | Date: May 17, 2006<br>Time: 8:30 a.m. |
| Defendant. | Dept.: 8 (LJO) |

This Court conducted a March 31, 2006 status conference in this class action arising out of defendant's alleged failure to pay overtime compensation to plaintiffs and other similarly situated truck drivers. Plaintiffs appeared by telephone by counsel Jerry Budin, Law Office of Jerry Budin. Defendant appeared by telephone by counsel Geoffrey David DeBoskey, Sheppard, Mullin, Richter & Hampton LLP. At the status conference, the parties' counsel reported that settlement has been reached. As such, this Court:

1. ORDERS the parties, no later than May 10, 2006, to file and serve papers for preliminary settlement approval; and

2. SETS a hearing on preliminary settlement approval for May 17, 2006 at 8:30 a.m. in Department 8 (LJO).

IT IS SO ORDERED.

**Dated: March 31, 2006** /s/ Lawrence J. O'Neill
66h44d UNITED STATES MAGISTRATE JUDGE

1