IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO AGUAYO, et. al, | CASE NO. CV-F-04-6279 AWI LJO |
| Plaintiffs, | **ORDER VACATING HEARING AND SETTING ORDER TO SHOW CAUSE** |
| vs. | |
| OLDENKAMP TRUCKING, | |
| Defendant. | |

This Court VACATES the May 24, 2006 hearing on preliminary approval of the class settlement for failure to timely file the necessary documents.

The Court SETS an Order to Show Cause for June 1, 2006 at 9:00 a.m. in department 8 of this Court. A defendant representative and defense counsel are ORDERED to personally appear to explain the reason for the delay in adhering to this Court's order.

IT IS SO ORDERED.

**Dated: May 22, 2006**      **/s/ Lawrence J. O'Neill**
b9ed48      UNITED STATES MAGISTRATE JUDGE