# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO AGUAYO, et. al, | CASE NO. CV-F-04-6279 AWI LJO |
| Plaintiffs, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF PRELIMINARY APPROVAL OF STIPULATION AND SETTLEMENT AGREEMENT; NOTICE TO CLASSES; AND CLAIM PROCEDURE** |
| vs. | |
| OLDENKAMP TRUCKING, | |
| Defendants. | |

On June 1, 2006, the Magistrate Judge to whom this action has been assigned issued Findings and Recommendations on the preliminary approval of the Stipulation and Settlement Agreement; the Notice of Proposed Class Action Settlement and Fairness Hearing and the Claim Form/FLSA Consent form, and other matters related to settlement of the above entitled matter. (Doc. 50.) Plaintiffs filed a notice of non-opposition to the Findings and Recommendations on June 6, 2006. (Doc. 51.) Defendants also filed a notice of non-opposition to the Findings and Recommendations on June 9, 2006. (Doc. 52.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has reviewed this action. Having reviewed the file, including the parties' non-opposition to the Findings and Recommendations, the court finds the Findings and Recommendations to be supported by the record and by proper analysis Therefore, IT IS HEREBY ORDERED that the Magistrate Judge's Findings and Recommendations ARE HEREBY ADOPTED IN FULL.

IT IS SO ORDERED.

**Dated: June 16, 2006**          /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

1