# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO AGUAYO, et. al, | CASE NO. CV-F-04-6279 AWI LJO |
| Plaintiff, | **ORDER VACATING FAIRNESS HEARING** |
| vs. | |
| OLDENKAMP TRUCKING, | |
| Defendants. | |

The Final Fairness Hearing set for October 4, 2006 is VACATED for failure to file documents in a timely fashion.

IT IS SO ORDERED.

**Dated: September 29, 2006**  /s/ Lawrence J. O'Neill
b9ed48                         UNITED STATES MAGISTRATE JUDGE

1