UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| EDUARDO AGUAYO, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>OLDENKAMP TRUCKING,<br><br>            Defendant. | CASE NO. CIV F-04-6279 AWI LJO<br><br>JUDGMENT ON FINDINGS<br>AND RECOMMENDATIONS ON FINAL<br>APPROVAL OF STIPULATION AND<br>SETTLEMENT AGREEMENT |

On October 17, 2006, the Magistrate Judge to whom this action has been assigned issued Findings And Recommendations On Final Approval Of Stipulation And Settlement Agreement (Doc. 60). Plaintiff filed a notice of non-objection to the Findings and Recommendations on October 24, 2006 (Doc. 61). Defendant also filed a notice of non-objection to the Findings And Recommendations on October 25, 2006 (Doc. 62).

Pursuant to 28 U.S.C. §636(b)(1), the Magistrate Judge's Findings and Recommendations ARE HEREBY ADOPTED IN FULL and, in conformance therewith,

IT IS HEREBY ADJUDGED AND ORDERED that:

1. The Stipulation And Settlement Agreement is approved in full;

2. Defendant Oldenkamp Trucking shall pay attorneys fees and costs in the total sum of $15,321.25 to class counsel, Jerry Budin, subject to the "Notice Of Lien Claim" of Green & Azevedo;

3. Defendant Oldenkamp Trucking shall make payments to the Settlement Class members pursuant to the procedures and formulas set forth in the Stipulation And Settlement Agreement;

4. Defendant Oldenkamp Trucking shall make a payment of $5,000.00 to Class Representative Eduardo Aguayo for his efforts and services on the behalf of the Class in this litigation;

5. This Court shall retain jurisdiction over this matter and the parties for the purpose of enforcing compliance with said Stipulation And Settlement Agreement;

6. Upon defendant Oldenkamp Trucking's satisfaction of its obligations under said Stipulation And Settlement Agreement and the payment of all sums pursuant thereto, plaintiff's counsel shall notify the Court, whereupon this matter shall be dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   October 27, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE