IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDUARDO AGUAYO, et al., | ) | CV-F-04-6279 AWI LJO |
| Plaintiffs, | ) ) | ORDER VACATING HEARING DATE OF MARCH 3, 2008 AND TAKING MATTER UNDER SUBMISSION |
| v. | ) ) | |
| OLDENKAMP TRUCKING, | ) ) | |
| Defendant. | ) ) | |

    Plaintiff eduardo Aguayo has made a motion to enforce settlement agreement. Doc. 66. Defendant has not filed an opposition, but rather a statement of what it has done to comply with the terms of the settlement agreement. Doc. 67. Plaintiff has filed a reply. Doc. 68. The hearing for this motion was set for 9:00 AM, Monday, March 3, 2008. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 3, 2008 is VACATED, and no party shall appear at that time. As of March 3, 2008, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    February 28, 2008            /s/ Anthony W. Ishii
                                                      UNITED STATES DISTRICT JUDGE